**Eva RANGAL, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28266.**

Court of Criminal Appeals of Texas.

April 18, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Sale of beer in a dry area is the offense; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.

**Ex parte Charles Edwin GANN.**

**No. 28396.**

Court of Criminal Appeals of Texas.

May 23, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of Criminal District Court No. 3 of Dallas County remanding appellant to the custody of the sheriff.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.